UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80053-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARTY DELRON ROSE,

    Defendant.
_____/

**ORDER ADOPTING SEPTEMBER 13, 2007 REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING DEFENDANT'S MOTION AS MOOT**

    **THIS CAUSE** is before the court upon the defendant's motion for an order directing the government to disclose the identity and criminal history of a confidential informant that the government may use as a witness [DE # 54], and the report and recommendation of U.S. Magistrate Judge Anne E. Vitunac [DE # 61], entered September 13, 2007, recommending that the above-styled motion be denied as moot.

    Pursuant to 28 U.S.C. § 636(b)(1), the district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1). The statute requires that objections be filed within ten days of service of the report and recommendation. *See* 28 U.S.C. § 636(b)(1).

Order Adopting Report and Recommendation
United States v. Rose
Case No. 07-80053-CR-HURLEY/VITUNAC

No objections have been filed to the magistrate judge's report and recommendation. After due consideration, it is hereby **ORDERED** and **ADJUDGED** that:

1. The report and recommendation of the United States Magistrate Judge [DE # 61] is **ADOPTED** in its entirety and incorporated herein by reference.

2. The defendant's motion for an order directing the government to disclose the identity and criminal history of the confidential informant [DE # 54] is **DENIED AS MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this ____ day of October, 2007.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*
United States Magistrate Judge Anne E. Vitunac