UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-80053-Cr-Hurley

UNITED STATES OF AMERICA,

v.

MARTY DELRON ROSE,

    Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, MARTY ROSE, came before the Court on December 11, 2013, represented by counsel, for an initial hearing on violation of supervised release. The Defendant was originally convicted of possession with intent to distribute a detectable amount of crack cocaine, in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 192 months in prison, to be followed by 6 years of supervised release. His sentence was later reduced to time served and he commenced his term of supervised release on December 27, 2012.

Defendant is now charged with violating two mandatory conditions and one special condition of his supervised release by: (1) unlawfully possessing or using marijuana and cocaine as evidenced by his submission of five urine specimens that tested positive for the presence of these substances; (2) unlawfully possessing or using marijuana as evidenced by his submission of a urine specimen that tested positive for the presence of this substance; and (3) failing to report to the Salvation Army Residential Reentry Center as instructed.

Defendant freely and voluntarily admitted to all three violations and, through counsel, stated his wish to proceed to sentencing as soon as possible. Accordingly, the Court RECOMMENDS that

1

the District Court accept Defendant's admissions and find the Defendant guilty of committing the three alleged violations of supervised release. The Court further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Daniel T. K. Hurley, within 14 days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See U.S. v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 11th day of December, 2013.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE